| | | | |
|---|---|---|---|
| Com. v. Klinger [26] .. | 02/17/2016 688 MAL (2015) | Denied | Pa.Super., 125 A.3d 458 |
| Com. v. Lafantano [27] | 02/17/2016 668 MAL (2015) | Denied | Pa.Super., 125 A.3d 466 |
| Com. v. Leonard [28] | 02/08/2016 264 WAL (2015) | Denied | Pa.Super., 122 A.3d 1121 |
| Com. v. Mapp [29] .... | 02/08/2016 415 EAL (2015) | Denied | Pa.Super., 122 A.3d 1119 |
| Com. v. Mattern [30] .. | 02/02/2016 841 MAL (2015) | Denied | Pa.Super., 133 A.3d 69 |
| Com. v. McLaine [31] | 02/08/2016 553 MAL (2015) | Denied | Pa.Super., 121 A.3d 1129 |
| Com. v. Metts [32] .... | 02/10/2016 670 MAL (2015) | Denied | Pa.Super., 122 A.3d 1124 |
| Com. v. Miller [33] .... | 02/01/2016 494 EAL (2015) | Denied | Pa.Super., 131 A.3d 83 |
| Com. v. Molina [34] ... | 02/17/2016 405 WAL (2015) | Denied | Pa.Super., 121 A.3d 1144 |

26. Justice EAKIN did not participate in the consideration or decision of this matter.

27. Justice EAKIN did not participate in the consideration or decision of this matter.

28. Justice EAKIN did not participate in the consideration or decision of this matter.

29. Justice EAKIN did not participate in the consideration or decision of this matter.

30. Justice EAKIN did not participate in the decision of this matter.

31. Justice EAKIN did not participate in the consideration or decision of this matter.

32. Justice EAKIN did not participate in the consideration or decision of this matter.

33. Justice EAKIN and Justice DONOHUE did not participate in the consideration or decision of this matter.

34. Justice EAKIN did not participate in the consideration or decision of this matter.